UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIA TORCASIO,<br>   Plaintiff, | : | CIVIL ACTION NO.<br>3:15CV00053(AWT) |

VS.

| | | |
|---|---|---|
| NEW CANAAN BOARD OF EDUCATION,<br>TOWN OF NEW CAANAN AND<br>BRUCE GLUCK,<br>   Defendants. | : | June 9, 2017 |

## STIPULATED DISMISSAL

IT IS HEREBY STIPULATEAD AND AGREED by and between the undersigned attorney of record for Plaintiff and the attorney of record for Defendants, that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to either party as against the other. This Stipulation may be filed with the Clerk of the Court without further notice.

| PLAINTIFF, | THE DEFENDANTS, |
|---|---|
| ANTONIA TORCASIO | NEW CANAAN BOARD OF EDUCATION, |
| | TOWN OF NEW CANAAN AND |
| | BRUCE GLUCK |
| | |
| By:/s/Riccardo L.Pate | By: /s/ Claire E. Ryan |
| Riccardo L. Pate (ct15057) | Claire E. Ryan, Esq., (ct22145) |
| 155 Post Road East | Ryan Ryan Deluca, LLP |
| Westport, Connecticut  06880 | 707 Summer Street |
| Telephone:  (203) 226.9922 | Stamford, CT  06901 |
| Facsimile:   (203) 226.2510 | Phone: 203-357-9200 |
| E-mail:  attorneypate@aol.com | Facsimile:  203-357-7915 |
| | ceryan@ryandelucalaw.com |

## **CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of June 2017, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Riccardo L. Pate